# MEMORANDUM DECISIONS.

Jim Ardis, Plaintiff in Error, vs. The State of Florida, Defendant in Error.

Writ of Error to Criminal Court of Record, Escambia county; A. C. Blount, Jr., Judge.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

Writ of error dismissed for failure of the plaintiff in error to file briefs.

Decision Per Curiam.

---

Orlando T. De Giorgi Bertola, Appellant, vs. John B. Stetson, Appellee.

Appeal from the Circuit Court, Volsuia county; John D. Broome, Judge.

*F. C. Austin, J. W. Price* and *R. W. Davis,* for Appellant.

*Parrott & Hamlin,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals. The decree is affirmed.

Decision Per Curiam.